GEOFFREY W. HAWKINS, ESQ.
Nevada Bar No. 7740
JUSTIN R. TARUC, ESQ.
Nevada Bar No. 12500
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ghawkins@hawkinsmelendrez.com
jtaruc@hawkinsmelendrez.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE VALDES, an individual,<br><br>Plaintiff<br><br>v.<br><br>INTELEOS, INC., f/k/a THE AMERICAN REGISTRY OF DIAGNOSTIC MEDICAL SONOGRAPHY, INC., a Foreign Corporation; and DOES I-X, inclusive; and, ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-00567-RFB-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JULIE VALDES, (hereinafter "Plaintiff") by and through her counsel, the law firm of Hawkins Melendrez, P.C., and Defendant INTELEOS, INC., f/k/a THE AMERICAN REGISTRRY OF DIAGNOSTIC MEDICAL SONOGRAPHY, INC., (hereinafter "Defendant") by and through its counsel, the law firms of Gordon, Rees, Scully, Mansukhani, LLP, and Carr Maloney, P.C., that the above-entitled matter has

1

been fully and finally resolved. The Parties hereby stipulate that this matter be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this  9th  day of July, 2018.

**HAWKINS MELENDREZ, P.C.**

*/s/ Justin R. Taruc, Esq.*
GEOFFREY W. HAWKINS, ESQ.
Nevada Bar No. 7740
JUSTIN R. TARUC, ESQ.
Nevada Bar No. 12500
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

DATED this  9th  day of July, 2018.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Matthew D. Berkowitz, Esq.*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendant*

and

MATTHEW D. BERKOWITZ, ESQ.
Admitted Pro Hac Vice
M. THERESE WAYMEL, ESQ.
Admitted Pro Hac Vice
**CARR MALONEY, P.C.**
2020 K Street, NW, Suite 850
Washington, D.C. 20006
*Attorneys for Defendant*

## **ORDER**

Based upon the foregoing Stipulation of the Parties hereto,

IT IS SO ORDERED.

DATED this  12th  day of   July  , 2018.

_____
RICHARD F. BOULWARE, II
United States District Court